UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 13413
    LATRISE D MCHASKELL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8111
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/27/2008 and was not confirmed.

    The case was dismissed without confirmation 10/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARRINGTON MORTGAGE SERV | CURRENT MORTG | .00 | .00 | .00 |
| CARRINGTON MORTGAGE SERV | MORTGAGE ARRE | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 2513.49 | .00 | .00 |
| COOK COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 999.24 | .00 | .00 |
| ECAST SETTLEMENT | UNSECURED | 1126.45 | .00 | .00 |
| PATHOLOGY ASSOCIATES OF | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 489.00 | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | 1705.55 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUR | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CR | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| NBGL CARSONS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 6939.64 | .00 | .00 |
| RMI/MCSI | UNSECURED | 3425.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 23043.21 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 25253.26 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1084.65 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,881.50 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 13413 LATRISE D MCHASKELL

```
--------------------------------------------------------------------------------
TRUSTEE                                          .00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                            ---------------    ---------------
TOTALS                                .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 01/27/09          _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE